617 A.2d 1215
IN RE OPINION 662 OF THE ADVISORY COMMITTEE
ON PROFESSIONAL ETHICS.

November 19, 1992.

ORDER

Petition by Gilmore & Monahan for review of the Advisory Committee on Professional Ethics Opinion Number 662, entitled *CONFLICT OF INTEREST: MUNICIPAL ATTORNEY SERVING SAME MUNICIPALITY AS MUNICIPAL PROSECUTOR*, is granted.

617 A.2d 1215
KATHLEEN CUPANO v. ROBERT W. GLUCK.

October 22, 1992.

ORDER

Leave to appeal is granted.

617 A.2d 1215
STATE OF NEW JERSEY v. NOEL SEPULVEDA.

October 28, 1992.

CORRECTED ORDER

It is ORDERED that the judgment of the Appellate Division is summarily modified to provide that if defendant's probation is revoked, resentencing shall be in accordance with *State v. Raymond Vasquez*, 129 *N.J.* 189, 609 *A.*2d 29 (1992).